UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  CR03-138-MJP-JPD |
| Plaintiff, | ) | |
| v. | ) | SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |
| LEO FRANCISCO JOSE, | ) | |
| Defendant. | ) | |

An initial hearing on supervised release revocation in this case was scheduled before the undersigned Magistrate Judge on July 25, 2005.  The United States was represented by Assistant United States Attorney David Jennings, and the defendant by Mr. Robert Gombiner, Assistant Federal Public Defender.  The proceedings were recorded on cassette tape.

Defendant had been sentenced on or about May 13, 2002, by the Honorable Marsha J. Pechman on a charge of possession of stolen mail,  and sentenced to three (3) months in custody, three (3) years of supervised release, and two (2) months in a community corrections center.

Defendant's sentence was revoked on August 28, 2002, and at that time he was sentenced to thirty (30) days in custody, thirty-five (35) months of supervised release, and four (4) months in a community corrections center.

Again, defendant's sentenced was revoked on January 25, 2006, and he was sentenced

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO
ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE 1

to sixty (60) days in custody, eighteen (18) months of supervised release, and four (4) months in a community corrections center.

The conditions of his supervised release included requirements that defendant comply with all local, state, and federal laws, and the standard conditions of supervision. Special conditions were imposed to include, but not limited to, no firearms, substance-abuse treatment, financial disclosure, a fine of $500.00, to maintain a single checking account, and to prohibit conveying any asset over $500.00 without the United States Probation Office's approval.

In a Petition for Warrant or Summons dated July 8, 2005, U.S. Probation Officer Jonathan M. Ishii alleged the following violations of the conditions of supervised release:

1. Consuming cocaine and methamphetamine on or about June 30, 2005, in violation of the general condition of supervised release.

2. Failing to participate in a community corrections or sanctions center program, in violation of special condition #4.

Defendant was advised in full as to those charges and as to his constitutional rights.

Defendant admitted both of the alleged violations and waived any evidentiary hearing as to whether they occurred.

I therefore recommend the Court find defendant violated his supervised release as alleged and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Marsha J. Pechman at a date to be determined.

Pending a final determination by the Court, defendant has been detained.

DATED this 27th day of July, 2005.

*/s/ James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

District Judge:        The Hon. Marsha J. Pechman
AUSA:                  Mr. David Jennings
Defendant's attorney:  Mr. Robert Gombiner
Probation officer:     Mr. Jonathan M. Ishii

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO
ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE 2